1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        CENTRAL DISTRICT OF CALIFORNIA

9

10   KESHAWN M. HOPKINS,                    )   No. CV 14-00641 MMM (FFM)
                                            )
11                    Plaintiff,            )   JUDGMENT
                                            )
12            v.                            )
                                            )
13   APPEALS COORDINATOR (LAC),             )
     CORRECTIONAL SERGEANT N.               )
14   MARQUEZ, CORRECTIONAL                  )
     COUNSELOR II T. SEBRA, C/O D.          )
15   DRAYTON, DOA CHIEF J.A.                )
     ZAMORA (A),                            )
16                    Defendants.           )
                                            )
17   ───────────────────────────────────   )

18        Pursuant to the Order Accepting Findings, Conclusions and Recommendations of

19   United States Magistrate Judge,

20        IT IS ADJUDGED that plaintiff take nothing by his Complaint and that this action

21   is dismissed without prejudice.

22

23   DATED: August 29, 2014

24

25                                          _____

26                                          MARGARET M. MORROW
                                            United States District Judge
27

28